No. 91–222. HAWAII *v.* KIPI. Sup. Ct. Haw. Certiorari denied.

No. 91–223. DHALIWAL *v.* WOODS DIVISION, HESSTON CORP., ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–224. SPARKS *v.* KENTUCKIANA FOOTBALL OFFICIALS ASSN. ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–225. RUBIN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–227. KLAPPER *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 91–228. BURRIS ET AL. *v.* FIRST FINANCIAL CORP. ET AL. C. A. 8th Cir. Certiorari denied.

No. 91–230. WIGLE *v.* CITY OF DETROIT ET AL. Ct. App. Mich. Certiorari denied.

No. 91–232. WOOLSEY *v.* HUNT ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–234. DAVENPORT *v.* WHITE ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–235. MCCRACKIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–236. MUHAMMAD, ADMINISTRATRIX OF THE ESTATE OF MUHAMMAD, ET AL. *v.* STRASSBURGER, MCKENNA, MESSER, SHILOBOD & GUTNICK ET AL. Sup. Ct. Pa. Certiorari denied.

No. 91–237. BARRON ET AL. *v.* PENNSYLVANIA DEPARTMENT OF TRANSPORTATION. Sup. Ct. Pa. Certiorari denied.

No. 91–238. RIGGS *v.* SCRIVNER, INC. C. A. 10th Cir. Certiorari denied.

No. 91–239. PATTERSON *v.* BOLAND. Ct. App. Ohio, Greene County. Certiorari denied.